B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Northern District of Illinois | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br><br>Distributors Stock Forms Inc. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.)<br><br>DSFI |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>450 S Lombard Road<br>Addison, IL 60101<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>DuPage<br>ZIP CODE 60101 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
in addition to the above address: 10747 Norwalk Blvd, SantaFe Springs, CA 90670; 110 4th St, Honesdale, PA 18431

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

✓ Chapter 7      ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>✓ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br><br>☐ Individual (Includes Joint Debtor)<br>✓ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>  11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>✓ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ✓ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ✓ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>Distributors Stock Forms Inc. | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1  ☐ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C § 303 (b)<br>2  ☐ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3 a. ☐ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5) (12/07) – Page 2     Name of Debtor __Distributors Stock Form__

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _Chris M. Gilmartin - Director Credit_ | x _[signature]_ |
| Signature of Petitioner or Representative (State title)  5/15/09 | Signature of Attorney                             Date |
| Georgia-Pacific LLC | Michael H. Traison, Miller Canfield Paddock & Stone |
| Name of Petitioner                    Date Signed | Name of Attorney Firm (If any) |
|  | 225 W Washington St., Ste 2600, Chicago, IL 60606 |
| Name & Mailing   _Chris M. Gilmartin_ | Address |
| Address of Individual  _Georgia-Pacific_ | (312) 860-4230 |
| Signing in Representative  _133 Peachtree St NE_ | Telephone No. |
| Capacity   _Atlanta, GA 30303_ | |
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                             Date |
| Appleton Papers, Inc. | Michael H. Traison, Miller Canfield Paddock & Stone |
| Name of Petitioner                    Date Signed | Name of Attorney Firm (If any) |
|  | 225 W Washington St., Ste 2600, Chicago, IL 60606 |
| Name & Mailing | Address |
| Address of Individual | (312) 860-4230 |
| Signing in Representative | Telephone No. |
| Capacity | |
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                             Date |
| Midland Paper Company | Michael H. Traison, Miller Canfield Paddock & Stone |
| Name of Petitioner                    Date Signed | Name of Attorney Firm (If any) |
|  | 225 W Washington St., Ste 2600, Chicago, IL 60606 |
| Name & Mailing | Address |
| Address of Individual | (312) 860-4230 |
| Signing in Representative | Telephone No. |
| Capacity | |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Georgia-Pacific LLC, Atlanta, GA 30303 | Trade Debt | At least $315,000 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Appleton Papers, Inc., Appleton, WI 54912 | Trade Debt | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Midland Paper Company, Wheeling, IL 60090 | Trade Debt | |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

____1____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2                                    Name of Debtor  Distributors Stock Form

Case No. _____

| TRANSFER OF CLAIM |
|---|
| Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| Georgia-Pacific LLC | Michael H. Traison, Miller Canfield Paddock & Stone |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | 225 W Washington St., Ste 2600, Chicago, IL 60606 |
| Name & Mailing | Address |
| Address of Individual | (312) 860-4230 |
| Signing in Representative | Telephone No. |
| Capacity | |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| Appleton Papers, Inc. | Michael H. Traison, Miller Canfield Paddock & Stone |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | 225 W Washington St., Ste 2600, Chicago, IL 60606 |
| Name & Mailing | Address |
| Address of Individual | (312) 860-4230 |
| Signing in Representative | Telephone No. |
| Capacity | |

| x_[signature]_ Credit Manager | x_[signature]_ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| Midland Paper Company | Michael H. Traison, Miller Canfield Paddock & Stone |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | 225 W Washington St., Ste 2600, Chicago, IL 60606 |
| Name & Mailing       Richard Fey | Address |
| Address of Individual  101 E Palatine Rd | (312) 860-4230 |
| Signing in Representative  Wheeling, IL 60090 | Telephone No. |
| Capacity | |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Georgia-Pacific LLC, Atlanta, GA 30303 | Trade Debt | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Appleton Papers, Inc., Appleton, WI 54912 | Trade Debt | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim An amount in |
| Midland Paper Company, Wheeling, IL 60090 | Trade Debt | excess of $564,707.92+ |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

1 continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2     Name of Debtor  Distributors Stock Form

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                      Date |
| Georgia-Pacific LLC | Michael H. Traison, Miller Canfield Paddock & Stone |
| Name of Petitioner                         Date Signed | Name of Attorney Firm (If any) 225 W Washington St., Ste 2600, Chicago, IL 60606 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address (312) 860-4230 Telephone No. |

| x /s/ Angie J. Olson  Asst. Secretary  5-18-2009 | x /s/ Michael Traison |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                      Date |
| Appleton Papers Inc. | Michael H. Traison, Miller Canfield Paddock & Stone |
| Name of Petitioner                         Date Signed | Name of Attorney Firm (If any) 225 W Washington St., Ste 2600, Chicago, IL 60606 |
| Name & Mailing Address of Individual: Angie J. Olson Signing in Representative Capacity: Assistant Secretary  ** 825 E. Wisconsin Ave. ~~P O Box 359, Appleton, WI 54912-0359~~ | Address (312) 860-4230 Telephone No. |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                      Date |
| Midland Paper Company | Michael H. Traison, Miller Canfield Paddock & Stone |
| Name of Petitioner                         Date Signed | Name of Attorney Firm (If any) 225 W Washington St., Ste 2600, Chicago, IL 60606 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address (312) 860-4230 Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Georgia-Pacific LLC, Atlanta, GA 30303 | Trade Debt | |
| Appleton Papers Inc., Appleton, WI 54912 | Trade Debt | 1,866,426.78 |
| Midland Paper Company, Wheeling, IL 60090 | Trade Debt | |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

1 continuation sheets attached